**Electronically Filed
Supreme Court
SCPW-25-0000710
21-JAN-2026
01:38 PM
Dkt. 15 ODDP**

SCPW-25-0000710

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ERIC B. DICK,
Petitioner,

vs.

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Respondent.

_____

ORIGINAL PROCEEDING
(DB NO. 24-9006)

ORDER DENYING PETITION AND MOTION FOR STAY
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Copeland, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus filed October 14, 2025, the motion for stay filed October 16, 2025, and the record, it was within Respondent's discretion to deny the motion to dismiss as premature. See Rules of the Supreme Court of the State of Hawaiʻi (RSCH) Rules 2.7(c) & (d) (2019); see also RSCH Rule 2.1 (2022); Hawaiʻi Rules of Professional Conduct Rule 8.5(a) (2022). Respondent's exercise of that discretion does not constitute an abuse of discretion.

See In re Disciplinary Bd. of Hawaiʻi Sup. Ct., 91 Hawaiʻi 363, 371, 984 P.2d 688, 696 (1999). An extraordinary writ is unwarranted. See id.

It is ordered that the petition is denied and the motion for stay is denied as moot.

DATED: Honolulu, Hawaiʻi, January 21, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rebecca A. Copeland

2